USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
KAREEM NELSON,                                              :
                                                            :
                                        Plaintiff,          :
                -against-                                   :       20-CV-1700 (VEC)
                                                            :
                                                            :       ORDER
BENTO NOUVEAU INC. d/b/a Bento Sushi, and                   :
173 BWAY BLUE LLC,                                          :
                                                            :
                                        Defendants.         :
                                                            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial conference in this matter is currently scheduled for June 26, 2020 (Dkt. 7);

      WHEREAS on June 18, 2020 Plaintiff requested an adjournment of the conference (Dkt. 10);

      WHEREAS Defendants' time to respond to the Complaint has been stayed pending the initial conference (*see* Dkt. 7);

      WHEREAS Defendants have failed to appear;

      IT IS HEREBY ORDERED THAT:

1. The Defendants must either answer or respond to the Complaint by **July 17, 2020**. If Defendants do not appear by July 17, 2020, Plaintiff must seek a default judgment in accordance with the undersigned's Individual Practices, no later than **July 31, 2020**.

2. The initial conference scheduled for June 26, 2020 is ADJOURNED to **August 21, 2020 at 10:00 a.m.**

3. Plaintiff must serve a copy of this Order on Defendants by **June 29, 2020**, and file proof of service by **July 1, 2020**.

**SO ORDERED.**

Date:  **June 18, 2020**
       **New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**