**MEMO ENDORSED**



Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2020

VIA CM/ECF

October 9, 2020

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    *Nelson v. Bento Nouveau Inc. et al.*, **Case No.: 1:20-cv-1700-VEC**

Dear Judge Caproni:

      Please be advised that this office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. We write in connection with your Honor's Order dated, September 11, 2020. (D.E. 25). As previously reported, the above referenced action has been settled and settlement agreement was drafted and provided to counsel for the defendants on September 10, 2020. On October 1, 2020, counsel for the defendants provided Plaintiff with their comments to the agreement, which was finalized and executed by Plaintiff on October 7, 2020. Plaintiff is now waiting for the defendants to execute the agreement. Respectfully, we are requesting together with counsel for the defendants, an extension of time to file an application to reopen this action or a Stipulation of Dismissal, for thirty (30) days, so that the parties can finalize the settlement and ensure the fully executed settlement agreement may be received by all parties and their counsel.

      We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

> Application DENIED. The Court will only extend the deadline to reopen this case if the parties choose to file their settlement agreement on the public docket.
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]*
> 10/9/2020
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

    cc:    Mauro G. Tucci, Esq. *(via CM/ECF)*